NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5038

MANOR CARE, INC. (formerly known as HCR Manor Care, Inc.),
HCR MANOR CARE, INC., and MANOR CARE OF AMERICA, INC.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 07-CV-776, Judge Lawrence M. Baskir.

ON MOTION

ORDER

Tax Recovery Services, Inc., the National Council of Chain Restaurants, the Retail Industry Leaders Association, and the National Retail Federation move for leave to file a brief amicus curiae in support of the plaintiffs-appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 3 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Gerald A. Kafka, Esq.
Bethany B. Hauser, Esq.
David W. Bunning, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK